IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02933-PAB-MEH

VIESTI ASSOCIATES, INC.,

    Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and
R.R. DONNELLEY & SONS COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 20, 2010.**

    The Agreed Motion for Entry of Protective Order [filed April 19, 2010; docket #25] is **granted**. The proposed Stipulation and Protective Order is accepted and entered contemporaneously with this minute order.