IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02933-PAB-MEH

VIESTI ASSOCIATES, INC.,

     Plaintiff,

v.

HOUGHTON MIFFLIN HARCOURT PUBLISHING COMPANY and
R.R. DONNELLEY & SONS COMPANY,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 20, 2010.**

     The Agreed Motion for Entry of Amended Protective Order [filed May 19, 2010; docket #31] is **granted**. The proposed Amended Stipulation and Protective Order is accepted and entered contemporaneously with this minute order.